UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERTA LOWE-MCKINNEY, | Case No. 1:22-cv-00099 |
| | Judge J. Philip Calabrese |
| Plaintiff, | |
| v. | |
| LORAIN-MEDINA COMMUNITY BASED CORRECTIONAL FACILITY, | |
| Defendant. | |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: December 5, 2022

J. Philip Calabrese United
States District Judge
Northern District of Ohio